








```
PLA    9/23/03    10:55
3:03-M -02089    USA V. SIMPSON
*3*
*CRO.*
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 17 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN RE CONSENT TO TRANSFER

OF

JACK ARTHUR SIMPSON

NO. 03MG2089

ORDER APPOINTING COUNSEL

Because the above named person, herein called offender, has testified under oath or has otherwise satisfied this verifying officer that the offender is financially unable to obtain counsel and does not wish to waive counsel, and because the interests of justice so require, Federal Defenders of San Diego, Inc., 225 Broadway, Suite 900, San Diego, California 92101-5008 is hereby appointed to represent this offender pursuant to Section 4109 of Title 18, United States Code.

This appointment is limited to advising and representing the offender in the matter of his or her consent to transfer under the provisions of Chapter 306 of Title 18, United States Code, and terminates upon the completion of the verification proceedings.

DONE at  SAN DIEGO, CALIFORNIA , AUGUST 15, 2003

_____
LOUISA S PORTER, U.S. Magistrate Judge
Verifying Officer