








```
PLA    9/23/03    11:00
3:03-M -02089   USA V. SIMPSON
*4*
*CRMO.*
```

CLOSED

MINUTES OF THE
UNITED STATES DISTRICT COURT
PRISONER EXAHANGE CASE

CASE NO.03MG2089

| TITLE OF CASE | ATTORNEYS |
|---|---|
| | For U.S. John Kirby |
| IN RE THE MATTER OF JACK A. SIMPSON | |
| | For Defendant: F/D Mark Fleming |
| 18 USC 4100: Prisoner Exchange | |
| Tape Number: PX-POR03-1:0-491 | |

| STATISTICAL RECORD | COSTS | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|
| J.S. 2 mailed | Clerk | | | | |
| J.S. 3 mailed | Marshal | | | | |
| Violation | Docket fee | | | | |
| Title | | | | | |
| Sec. | | | | | |

DATE 9/17/03          PROCEEDINGS

9/17/03 - Prisoner Exchange Hearing- Held
8/15/03 - Federal Defenders of San Diego, California - Mark Fleming Appointed
9/17/03 - Financial affidavit filed
9/17/03 - Order filed appointing counsel
9/17/03 - Consent to exchange fld
**9/17/03 - Court grants defendants request for transfer**
9/17/03 - Case Closed
        Tape of proceedings given to the U.S. Attorney

Other Notes:

DATE: 9/17/03                                         IF
                                              Deputy's Initials