








```
PLA    9/24/03    10:38
3:03-M -02089   USA V. SIMPSON
*5*
*CRWRIT.*
```



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IN RE: CONSENT VERIFICATION HEARING ) Misc. No. 03mg-2089
TO TRANSFER A STATE OF CALIFORNIA )
PRISONER )

AUG 22 4 00 PM '03
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 17
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus.
    ( ) Ad Prosequendum     ( X ) Ad Testificandum (Consent Verification Hearing)

Name of Detainee:     JACK ARTHUR SIMPSON
Detained at (custodian):   Warden, Richard J. Donovan Correctional Facility
                       **Attn: Mary Schafer, Case Manager**

Detainee is:   a.)    ( ) charged in this district by: ( ) Indictment   ( ) Information   ( ) Complaint
                    Charging Detainee with: _____
or    b.)    **( X ) a witness not otherwise available by ordinary process of the Court**

Detainee will:   a.)    ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)    **( X ) be retained in <u>federal custody</u> until final disposition of federal proceedings**

Appearance is necessary on **September 17, 2003, at 10:30 a.m., before Magistrate Judge Louisa S. Porter**

I hereby attest and certify on 8/22/03
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Signature: _____
Printed Name & Phone No.: John D. Kirby, (619) 557-6294
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    ( ) Ad Prosequendum     ( X ) Ad Testificandum (Consent Verification Hearing)

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_____
Date                                        United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jack Arthur Simpson | Male X | Female |
| Booking or Fed. Reg. #: | CDOC No. P-72356 #86046198 | DOB: | 3/11/42 |
| Facility Address: | Warden, Richard J. Donovan Correctional Facility | Race: | |
| | Attn: Mary Schafer, 480 Alta Road, San Diego, CA | FBI #: | |
| Facility Phone: | CA 921797 (619) 661-6500 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on 9/17/03 by K S Carson        KS Carson
                                                                             (Signature)

N:\kpollero\writs\state consentverification.wpd
Form Crim-48                                                                                              Revised 11/19/97